UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

**10,052, LLC,**

    **Plaintiff,**

v.                                       CASE NO. 3:24-mc-55-MCR-ZCB

**JOHN MARTIN and
BEYOND RECOGNITION, INC.,**

    **Defendant.**
_____/

## ORDER

Plaintiff has filed a Motion to Transfer Divisions, ECF No. 4, indicating this case was mistakenly filed in the United States District Court Northern District of Florida, Division 3 – Pensacola and that the proper division is Division 4 - Tallahassee. This Court may order any cause transferred from one division to another division. *See* N.D. Fla. Loc. R. 3.1(C).

Accordingly, the Plaintiff's Motion to Transfer Divisions, ECF No. 4, is GRANTED and the Clerk is directed to redocket this case in Division 4 - Tallahassee.

**DONE and ORDERED** on this 2nd day of October 2024.

*M. Casey Rodgers*
**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**